# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SANDRA DE MONTE ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY ET AL., <br><br> Defendants. | Case No. EDCV 15-01319 JGB (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, it is ORDERED AND ADJUDGED that Defendant Allstate Insurance Company's Motion for Summary Judgment is GRANTED.  Plaintiffs' Second Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

　　IT IS SO ORDERED.

Dated: March 24, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　United States District Judge